United States Court of Appeals
Fifth Circuit

**F I L E D**

April 27, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-51154
_____

UNITED STATES OF AMERICA

              Plaintiff - Appellee

        v.

JUAN GABRIEL ARGUMEDO-CARDIEL

              Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Western District of Texas, El Paso
3:04-CR-1463-DB
----------------------

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

     IT IS ORDERED that appellee's unopposed motion to vacate the sentence is GRANTED.

     IT IS FURTHER ORDERED that appellee's unopposed motion to remand case to the United States District Court for the Western District of Texas, El Paso Division for resentencing is GRANTED.

     IT IS FURTHER ORDERED that appellee's unopposed motion to extend time to file appellee's brief until 14 days from the

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Court's denial of appellee's motion to vacate and remand is DISMISSED as moot.